**Marcus Kelvin HIGHTOWER, Plaintiff—Appellant,**

v.

**Lisa VINCENT, Corporal, Southside Regional Jail, Defendant— Appellee.**

No. 09–7365.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2009.

Decided: Dec. 2, 2009.

Marcus Kelvin Hightower, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Kelvin Hightower appeals the district court's order accepting the recom-

mendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hightower v. Vincent,* No. 3:08–cv–00632–RLW, 2009 WL 1913407 (E.D.Va. July 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*